242 U.S. 648, 37 S.Ct. 242

**ALASKA PACIFIC FISHERIES, Petitioner, v. TERRITORY OF ALASKA.**

No. 810.

Supreme Court of the United States.

Jan. 15, 1917.

Mr. Harvey M. Friend, for petitioner.

Mr. George B. Grigsby, for respondent.

Denied.

242 U.S. 648, 37 S.Ct. 242

**ALASKA MEXICAN GOLD MINING COMPANY, Petitioner, v. TERRITORY OF ALASKA.**

No. 811.

Supreme Court of the United States.

Jan. 15, 1917.

Mr. Harvey M. Friend, for petitioner.

Mr. George B. Grigsby, for respondent.

Denied.